**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1435**

MOSES D. FULTON,

            Plaintiff - Appellant,

      v.

DSM NUTRITIONAL PRODUCTS, LLC,

            Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge. (4:11-cv-03239-RBH)

Submitted:  September 26, 2013          Decided:  October 2, 2013

Before MOTZ, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Pheobe A. Clark, WUKELA LAW FIRM, Florence, South Carolina, for Appellant.  Christopher G. Mackaronis, BRICKFIELD, BURCHETTE, RITTS & STONE, PC, Washington, D.C.; Jonathan P. Pearson, FISHER AND PHILLIPS LLP, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moses D. Fulton appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment to defendant employer on Fulton's claims of racial discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Fulton v. DSM Nutritional Prods., LLC</u>, No. 4:11-cv-03239-RBH (D.S.C. Mar. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>